UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-13-GCM

| | |
|---|---|
| SHANNON LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis.[1] (Doc. No. 2).

In this matter, Plaintiff is seeking review of a final determination of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits. (Doc. No. 1). Plaintiff's affidavit shows that Plaintiff has received a total monthly income of $50.00 during the past twelve months, and that she expects to receive the same amount in the next month. (Doc. No. 2 at 1-2). Plaintiff reports total monthly expenses of $0.00. (Id. at 5). Plaintiff reports that she has no cash and no money in any financial institutions. (Id. at 2).

The Court cannot determine from Plaintiff's current financial affidavit whether she is entitled to proceed in forma pauperis. That is, Plaintiff reports monthly expenses of only $0.00.

---

[1] Plaintiff's motion to proceed in forma pauperis applies only to the filing and service fees, as Plaintiff is represented by counsel.

1

Plaintiff reports no expenses for necessities of life such as food. It is inconceivable that Plaintiff has no expenses for items such as food. Therefore, the Court will order Plaintiff to resubmit her financial affidavit, providing more detail regarding her monthly expenses and the source of funds for those expenses.

**IT IS, THEREFORE, ORDERED** that, within ten days of this Order, Plaintiff shall, with assistance from counsel if necessary, resubmit her financial application providing more detail with regard to her monthly expenses, whether she receives financial assistance for those monthly expenses, and explaining why she cannot pay the cost of these proceedings.

Signed: January 28, 2015

Graham C. Mullen
United States District Judge