# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Shannon Lindsay, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15-cv-00013-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2016 Order.

June 27, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court