IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
ASHEVILLE DIVISION
1:15-cv-013

| | | |
|---|---|---|
| Shannon Lindsay, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

This matter is before the Court upon remand from the Fourth Circuit Court of Appeals. The Fourth Circuit remanded this case pursuant to an unopposed Motion to Remand with instructions to enter a final judgment reversing the decision of the ALJ and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

IT IS THEREFORE ORDERED that final judgment is hereby entered reversing the decision of the Administrative Law Judge.

IT IS FURTHER ORDERED that this case is hereby REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Signed: December 21, 2016

Graham C. Mullen
United States District Judge