IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-013-GCM-DCK

| | |
|---|---|
| SHANNON LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney's Fees Under The Equal Access To Justice Act" (Document No. 27) filed January 20, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion, without prejudice.

Plaintiff has failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney's Fees Under The Equal Access To Justice Act" (Document No. 27) is **DENIED** without prejudice to re-file.

Signed: January 23, 2017

David C. Keesler
United States Magistrate Judge