# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-013-GCM-DCK

| SHANNON LINDSAY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Attorney's Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 29) filed March 13, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Attorney's Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Social Security Administration shall pay attorney's fees in the amount of four thousand nine hundred seventy-one dollars and eighty-eight cents ($4,971.88) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under EAJA. Pursuant to the United States Supreme Court's ruling in Astrue v. Ratliff, 130 S. Ct. 2521 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and

are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.

**SO ORDERED**.

Signed: March 13, 2017

David C. Keesler
United States Magistrate Judge